25-3406

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>George Alvarez<br>POB 330348<br>Escondido, CA 92030 | FOR COURT USE ONLY<br><br>___ FILED<br>___ ENTERED<br>___ LODGED<br>___ RECEIVED<br><br>AUG 18, 2025<br><br>CLERK, U.S. BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY SS                       DEPUTY |
|---|---|
| [X] Debtor(s) appearing without an attorney<br>[ ] Attorney for Debtor(s) | |

SOUTHERN
UNITED STATES BANKRUPTCY COURT
~~CENTRAL~~ DISTRICT OF CALIFORNIA - ~~**SELECT DIVISION**~~ SOUTHERN DISTRICT

| In re: GEORGE ALVAREZ | CASE NO.:<br>CHAPTER: |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. [X] I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    [ ] **I was paid by an employer**. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    [X] **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 8-12-25   George Alvarez  _____
                 Printed name of Debtor 1         Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 1                        F 1002-1.EMP.INCOME.DEC

2 PGS SS 3406DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                            Printed name of Debtor 2                          Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 2                    F 1002-1.EMP.INCOME.DEC