Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

George Alvarez, *pro per*
POB 330348
Escondido, CA 92030

FOR COURT USE ONLY

FILED
ENTERED
LODGED
RECEIVED

AUG 29 2025

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY BC                                    DEPUTY

☐ *Debtor(s) appearing without an attorney*
☐ *Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

In re:

George Frank Alvarez

CASE NO.: 25-03406-CL7

CHAPTER: 7

**DECLARATION BY DEBTOR(S)**
**AS TO WHETHER INCOME WAS RECEIVED**
**FROM AN EMPLOYER WITHIN 60 DAYS OF**
**THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

Debtor(s).

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.  ☒  I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐  **I was paid by an employer**. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☒  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 8/15/25        George Alvarez
                     Printed name of Debtor 1                    Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

03406 dec
28c

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.


Date: _____   _____   _____
                                    Printed name of Debtor 2                    Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.